IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

STEVEN DEEM                          §

VS.                                  §    CIVIL ACTION NO. 1:03cv571

DAVID DOUGHTY, ET AL.                §

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Steven Deem, an inmate at the Stiles Unit, proceeding *pro se* and *in forma pauperis*, brought this civil rights suit pursuant to 42 U.S.C. § 1983 against David Doughty, Thomas R. McKee, Tracy P. Allen, Jody Hatch, Debra Harrell, Danina C. Jones, Paul Morrell, N. Sherman, Casi Doughty, Erik J. Tolpo, Dr. Charles Wilson, and P. Foy.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends plaintiff's motion to dismiss his claims against defendant N. Sherman be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED.**    A partial judgment shall be entered in accordance with this memorandum.

So **ORDERED** and **SIGNED** this **7**  day of **July, 2006.**

_____
Ron Clark, United States District Judge